IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FELIX LYLE COWAN, #031044,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. **3:07-CV-1096-L** |
| § | |
| **DEE ANDERSON, Sheriff** § | |
| **Tarrant County Jail,** § | |
| § | |
| Respondent. § | |

## ORDER

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On July 6, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, in which the magistrate recommends transfer of this action to the Fort Worth Division of the United States District Court for the Northern District of Texas.

After making an independent review of the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct in recommending transfer, as Fort Worth is the proper jurisdiction for this habeas action, pursuant to 28 U.S.C. § 2241(d). The findings and conclusions are, therefore, **accepted** as those of the court. Accordingly, Petitioner's application for the writ of habeas corpus is **transferred** to the Fort Worth Division of the United States District Court for the Northern District of Texas. The clerk of the court **shall effect** the transfer of this action in accordance with the usual procedure.

**Order – Page 1**

**It is so ordered** this 10th day of July, 2007.

                                             */s/ Sam A. Lindsay*
                                             Sam A. Lindsay
                                             United States District Judge